| | | | |
|---|---|---|---|
| State v. Garcia† | 2015AP001957 CR | 02–15–2017 | Affirmed |
| State v. Robinson† | 2015AP002021 CR | 02–23–2017 | Affirmed |
| Drexler v. McMillan Warner Mut. Ins. Co. | 2015AP002047 | 02–22–2017 | Affirmed |
| State v. Aman Deep Singh | 2015AP002092 CR, 2015AP002093 ·CR | 02–14–2017 | Affirmed |
| State v. McNew† | 2015AP002248 CR | 02–28–2017 | Affirmed |
| State v. Jardine† | 2015AP002285 CR | 02–01–2017 | Affirmed |
| Hoelzel v. Eleonora I. Hoelzel Revocable Tr.†††† | 2015AP002311, 2016AP000270 | 02–22–2017 | Affirmed |
| Flores v. The Cincinnati Ins. Co. | 2015AP002407 | 02–02–2017 | Affirmed |
| State v. Eigner | 2015AP002425 CR through 2015AP002426 CR | 02–16–2017 | Reversed |
| Kunz v. Kunz† | 2015AP002490 | 02–07–2017 | Affirmed |
| State v. Hendrickson | 2015AP002495 CR | 02–02–2017 | Affirmed |
| City of Milwaukee v. List of Tax Liens for 2015††† | 2015AP002523 | 02–21–2017 | Affirmed |
| MH Imaging, LLC v. K&K Holdings, LLC | 2015AP002552 | 02–22–2017 | Affirmed |
| State v. Clardy† | 2015AP002554 CR | 02–22–2017 | Affirmed |
| State v. Anderson† | 2015AP002593 CR | 02–14–2017 | Affirmed |
| Oneida County v. Raven† | 2015AP002612 | 02–22–2017 | Affirmed |
| Jordan v. Wille | 2015AP002636 | 02–09–2017 | Affirmed |
| Northern Tr. Co. v. Styberg | 2016AP000019 | 02–08–2017 | Affirmed |
| State v. Grover | 2016AP000027 CR | 02–16–2017 | Affirmed/ reversed/ remanded |

† Petition to review filed.

†††Petition to review granted.

††††Petition to review dismissed.